# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **GRADY WILLIAM POWERS,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:17-cv-00143-MR |
| | ) | [2:93-cr-00019-MR-1] |
| vs. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 27, 2017 Memorandum of Decision and Order.

June 27, 2017

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court